# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFFERSON W. JOHNSON,**

       **Plaintiff,**

**v.**                                        **Case No: 6:13-cv-1315-Orl-22TBS**

**STATE OF FLORIDA and ORANGE COUNTY,**

       **Defendants.**

_____/

## ORDER

This cause is before the Court on Plaintiff Jefferson Johnson's Complaint for Alleged Civil Rights Violations (Doc. No. 1) and his Motion to Proceed *in forma pauperis*. (Doc. No. 2).

The United States Magistrate Judge has submitted a report recommending that the Court dismiss Plaintiff's Complaint with prejudice. (Doc. No. 7).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, based on the foregoing, it is **ORDERED** as follows:

    1. The Report and Recommendation filed October 24, 2013 (Doc. No. 7), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

- 2 -

2. Plaintiff Jefferson Johnson's Complaint (Doc. No. 1), filed on August 27, 2013, is **DISMISSED with prejudice**.

3. The Clerk is **DIRECTED TO CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties