# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFFERSON W. JOHNSON,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　Case No:   6:13-cv-1315-Orl-22TBS

**STATE OF FLORIDA and ORANGE COUNTY,**

    **Defendants.**

## ORDER

This cause is before the Court on the Motion for Leave to Proceed in Forma Pauperis Under Rule 24, F.R.A.P. (Doc. No. 16) filed on February 20, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, including the objections filed by the Jefferson W. Johnson, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 26, 2014 (Doc. No. 17), is ADOPTED and CONFIRMED and made a part of this Order.

2. Any appeal by Plaintiff would not be taken in good faith pursuant to Federal Rule of Appellate Procedure 24(a) and 28 U.S.C. § 1915(a)(3). Accordingly, the Motion for Leave to Proceed in Forma Pauperis Under Rule 24, F.R.A.P. is hereby DENIED.

3. Plaintiff is not entitled to appeal as a pauper and shall pay the appellate filing fee as required by 28 U.S.C. § 1915(a).

**DONE** and **ORDERED** in Orlando, Florida on March 17, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties